TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: _____7-28-10_____

CASE: _____Kathleen M. Miller_____

_____

DOCKET #: _____07- 01036_____

F I L E D

AUG - 2 2010

BANKRUPTCY COURT
BUFFALO, NY

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✗) Other _____Ck issued not cashd i 90 days_____

P/c #5    L R Credit 10 LLC / SEARS         $35.09

Mel. S. Harris  & Assoc LLC

116 John St Suite 1510

New York, N.Y. 10038